ADC/TK: USAO 2011R00298

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 17 A 11: 59

CLERK'S OFFICE
AT BALTIMORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. RDB-13-022 |
| KENDELL RICHBURG, | * (Conspiracy to Distribute and Possess |
| | * With Intent to Distribute Controlled |
| | * Substance, 21 U.S.C. § 846; Conspiracy |
| Defendant | * to Possess Firearms in Furtherance of |
| | * Drug Trafficking Crime, 18 U.S.C. |
| | * § 924(o); Use of a Firearm in a Drug |
| | * Trafficking Crime, 18 U.S.C. § 924(c); |
| | * Aiding and Abetting, 18 U.S.C. § 2; |
| | * Forfeiture, 21 U.S.C. § 853, 28 U.S.C. |
| | * § 2461(c), 18 U.S.C. § 924(d)) |

*******

## INDICTMENT

## COUNT ONE

### (Drug Conspiracy)

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

1.  Defendant **KENDELL RICHBURG**, a resident of Maryland, was an active duty police officer with the Baltimore Police Department ("BPD").

2.  Between in or about June 2011, and in or about October 2012, in the District of Maryland and elsewhere, the defendant,

**KENDELL RICHBURG,**

did knowingly conspire with others known and unknown to the Grand Jury to distribute and possess

with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1).

21 U.S.C. § 846

## COUNT TWO

### (Firearms Conspiracy)

The Grand Jury for the District of Maryland further charges:

1. Paragraph 1 of Count One is incorporated here.

2. Between in or about June, 2011 and in or about October, 2012 in the District of Maryland and elsewhere, the defendant,

**KENDELL RICHBURG,**

did knowingly conspire with other persons, known and unknown to the Grand Jury, to knowingly, intentionally and unlawfully possess firearms, including a .380 semi-automatic handgun, serial number unknown and a Glock Model 22, .40 caliber, semi-automatic handgun, serial number KKZ262, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as set forth in Count One of this Indictment and incorporated here.

18 U.S.C. § 924(o)

## COUNT THREE

### (Use of Firearms During and in Relation to a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about ~~September~~ October 9, 2012, in the District of Maryland and elsewhere, the defendant,

## KENDELL RICHBURG,

did knowingly use firearms, to wit, a .380 caliber semi-automatic handgun, serial number unknown, and a Glock Model 22, .40 caliber, semi-automatic handgun, serial number KKZ262, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as set forth in Count One of this Indictment and incorporated here.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges:

### Narcotics Forfeiture

1. As a result of the offenses set forth in Count One of the Indictment, the defendant,

**KENDELL RICHBURG,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained directly or indirectly, as a result of said offenses, and all property traceable to such property obtained directly or indirectly as a result of any such violation.

2. If any of the property described in paragraph 1 above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant.

### Firearms Forfeiture

3. As a result of the offenses set forth in Counts Two and Three of the Indictment, the defendant,

**KENDELL RICHBURG,**

shall forfeit to the United States the firearms identified in those counts of the Indictment and involved in said offenses.

21 U.S.C. § 853
28 U.S.C. § 2461(c)
18 U.S.C. § 924(d)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: January 17, 2013

6